In the Matter of the Application of JUSTIN F. CAREY v. PAUL MOSS, as Commissioner of Licenses of the City of New York, and ANDREW LUOTO.— Motion

for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.